appellant. H. G. Rabinowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MUTH, Appellant, v. CITY OF YONKERS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Catherine Muth, as administratrix, etc., of Peter Muth, deceased, against the City of Yonkers. No opinion. Order unanimously affirmed, with costs.

MURPHY v. NEW YORK PRESS CO. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Margaret Murphy against the New York Press Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1051.

NAGEL, Respondent, v. SPEEDWELL CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Frank Nagel against the Speedwell Construction Company, and another. No opinion. Judgment and order unanimously affirmed, with costs.

NASSAU BANK v. ROWE. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Nassau Bank against Sadie B. Rowe. No opinion. Application denied, with $10 costs. Order signed.

NEUMANN, Respondent, v. HUDSON COUNTY CONSUMERS' BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Frank Neumann, as administrator, etc., of Frieda Neumann, deceased, against the Hudson County Consumers' Brewing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Neumann v. Hudson County Consumers' Brewing Co., 155 App. Div. 271, 139 N. Y. Supp. 1028.

NEWHOUSE, Appellant, v. MINTZ, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Sophie Newhouse against Harriet Mintz. A. O. Ernst, of New York City, for appellant. A. S. Fraser, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NICHOLS. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Henry J. Nichols. No opinion. Referred to official referee. Settle order on notice. See, also, 142 N. Y. Supp. 1132.

NIEMEYER, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Anna Niemeyer, an infant, etc., by Elsie Niemeyer, her guardian ad litem, against J. Francis O'Connor. No opinion. Appeal discontinued by consent of the parties, without costs. See, also, 143 N. Y. Supp. 1132.

NOLAN, Appellant, v. CITY OF MT. VERNON, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Malachi Nolan against the City of Mt. Vernon.

PER CURIAM. Judgment of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event. The complaint shows that in connection with the repairing of the street a temporary crosswalk was provided for the public; that defendant either placed a dangerous obstruction on this walk or, with notice of the obstruction so placed, negligently suffered it to remain there, so that plaintiff, while lawfully walking over such crosswalk, was caused to trip and fall over such obstruction. This made a cause of action. Finkle v. Village of Valatie, 114 App. Div. 251, 99 N. Y. Supp. 715.

BURR and STAPLETON, JJ., dissent.

NOONE, Appellant, v. HEDDEN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Thomas Noone, as administrator, etc., against the Hedden Construction Company. J. S. McDonogh, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NORTHEASTERN CONST. CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Northeastern Construction Company against the City of New York. C. Mellen, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOTCHKISS, J., dissents as to first cause of action.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Northern Bank of New York against William G. Mulligan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 158 App. Div. 919, 143 N. Y. Supp. 1133.

NORTON, Respondent, v. UNITED STATES METAL PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Thomas